# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ENRIQUE SALAZAR | ) | Case No. |
| | ) | 7:25-MJ-041 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
February 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _M. Ramirez_
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Sept 27, 2023 thru Feb 28, 2024  in the county of  Midland  in the
Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 933(a) | Firearms Trafficking |
| 18 U.S.C. sec. 922(a)(6) | Deceiving an FFL as to a Material Fact (Straw Purchase) |
| 18 U.S.C. sec. 371 | Conspiracy |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Rylie Grizzle
*Complainant's signature*

Rylie Grizzle, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/11/2025

City and state:  Midland, Texas

*Judge's signature*

Ronald C. Griffin
*Printed name and title*